```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

K. M., on behalf of herself and all others similarly situated,

                    Plaintiff,                    23-cv-8407 (LJL)

    -v-                                          ORDER

NORTHWELL HEALTH, INC.,

                    Defendant.

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff K. M. filed an anonymous Complaint, Dkt. No. 1, without leave of the Court to do so. Plaintiff is directed to file a letter motion by Friday, October 8, 2023, explaining why she should be permitted to proceed anonymously. *See Doe v. Brisam Clinton LLC*, 2023 WL 3505523 (S.D.N.Y. May 17, 2023); *Doe v. N.Y.C. Hous. Auth.*, 2022 WL 2072570 (S.D.N.Y. June 9, 2022). A summons shall not issue in this case until the Court has ruled on that letter motion.

      SO ORDERED.

Dated: September 29, 2023                        _____
       New York, New York                          LEWIS J. LIMAN
                                                        United States District Judge