> The unopposed motion is GRANTED and the Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. 1404(a).
>
> DATE: January 11, 2024
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATHYANN MCLENDON, on behalf of herself and all others similarly situated,

    Plaintiff,

    v.

NORTHWELL HEALTH, INC.,

    Defendant.

---

1:23-cv-08407-LJL

**NOTICE OF UNOPPOSED MOTION TO TRANSFER VENUE**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Northwell Health, Inc., by its undersigned attorneys and without opposition from Plaintiff Mclendon, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to 28 U.S.C. § 1404(a) transferring venue to the Eastern District of New York, and for such other and further relief as this Court deems just and proper.

Dated: January 10, 2024      By:    */s/ Christopher P. Conniff*
                                            Christopher P. Conniff
                                            Matt Corriel
                                            **ROPES & GRAY LLP**
                                            1211 Avenue of the Americas
                                            New York, NY 10036-8704
                                            Telephone: (212) 596-9000
                                            Christopher.Conniff@ropesgray.com
                                            Matt.Corriel@ropesgray.com

                                            Kathryn E. Caldwell
                                            *(Pro Hac Vice application pending)*
                                            **ROPES & GRAY LLP**
                                            Prudential Tower
                                            800 Boylston St.
                                            Boston, MA 02199-3600
                                            Tel: 617-951-7000
                                            Kathryn.Caldwell@ropesgray.com

*Counsel for Defendant*
*Northwell Health, Inc.*